```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**Albert R. Kuperman**

    **v.**                                        Case No. 05-cv-04-PB

**Warden, Northern NH**
**Correctional Facility**

    **Re:**  **Document No. 14 Certificate of Appealability**

    Ruling:  For the reasons set forth in the Report and Recommendation of March 21, 2005, this applicant has not made a substantial showing of the denial of a constitutional right. Motion denied.

    Entered by:    Paul Barbadoro, US District Judge

    Date:  June 17, 2005

cc:  Albert Kuperman, pro se